

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Greg Jacobson, Appellant

No. 06-19-00011-CV          v.

Arnaud Prodel and Laurence Michelle
Prodel, Appellees

Appeal from the County Court at Law No. 1 of Travis County, Texas (Tr. Ct. No. C-1-CV-18-004591). Memorandum Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Stevens participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellant, Greg Jacobson, pay all costs of this appeal.

RENDERED AUGUST 8, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk